IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

RECEIVED
FEB 1 9 2020
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:20-CR-22 |
| v. | INDICTMENT |
| JAMAR LAWRENCE DANIELS, | T. 21 U.S.C. § 841(a)(1) |
| Defendant. | T. 21 U.S.C. § 841(b)(1)(B) |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>
**(Possession with Intent to Distribute a Controlled Substance)**

On or about January 22, 2020, in the Southern District of Iowa, the defendant, JAMAR LAWRENCE DANIELS, knowingly and intentionally possessed with the intent to distribute a controlled substance, namely, 100 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B).

**A TRUE BILL.**

_____
FOREPERSON

Marc Krickbaum
United States Attorney

By: _____
Mallory E. Weiser
Special Assistant United States Attorney

1